**No. 53479.**—Eastern Grocery Co. *v.* United States, protest 105457–K (Los Angeles).

Opinion by COLE, J.   The protest was dismissed.

**No. 53480.**—Eastern Grocery Co. et al. *v.* United States, protests 144174–K, etc. (Los Angeles).

Opinion by COLE, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, AUGUST 15, 1949

**No. 53481.**—S. B. Weintraub *v.* United States, protests 123067–K, etc. (New York).

.Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53482.**—Arnold Kornicker *v.* United States, protests 125149–K, etc. (New York).

Opinion by LAWRENCE, J.   By virtue of the decision in *Pramette Juvenille Furniture Company* v. *United States* (36 C. C. P. A. 61, C. A. D. 398), the protests were dismissed.

**No. 53483.**—Inter Ocean Forwarding Co. et al. *v.* United States, protests 127700–K, etc. (New York).

Opinion by LAWRENCE, J.   By virtue of the decision in *Pramette Juvenille Furniture Company* v. *United States* (36 C. C. P. A. 61, C. A. D. 398), the protests were dismissed.

**No. 53484.**—L. Bamberger & Co. *v.* United States, protest 140230–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 53485.**—Andrew Fisher Cycle Co. *v.* United States, protest 147120–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 53486.**—Century Glove Co. et al. *v.* United States, protests 865925–G, etc. (New York).